IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LEMONS : | |
|    Plaintiff : | |
| : | CIVIL ACTION |
| v. : | |
| RELIANCE STANDARD : | NO. 05-2378 |
| LIFE INSURANCE CO. et al. : | |
|    Defendant : | |

# ORDER

**AND NOW**, this _____ day of September, 2011, upon consideration of Plaintiff's Motion for Summary Judgment[1], Defendant's Response in Opposition thereto (Doc. 13), and Plaintiff's Reply (Doc. 15), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the case **CLOSED** for statistical purposes.

                                               **BY THE COURT:**

                                             **/S/ Petrese B. Tucker**

                                             _____
                                             **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] In an apparent technical or administrative error, Plaintiff's Motion for Summary Judgment does not appear on the docket.